**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1075**

In re:  JONATHAN EUGENE BRUNSON,

            Petitioner.

On Petition for Writ of Mandamus.  (5:19-ct-03081-D)

Submitted:  April 14, 2020                              Decided:  April 17, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jonathan Eugene Brunson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Eugene Brunson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on the magistrate judge's recommendation to dismiss Brunson's complaint. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the magistrate judge's recommendation on January 31, 2020. Accordingly, because the district court has recently decided Brunson's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*